ACCEPTED
05-14-00191-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
5/13/2015 10:54:13 AM
LISA MATZ
CLERK



# Dallas County
## Public Defender's Office

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS

5/13/2015 10:54:13 AM

LISA MATZ
Clerk

May 12, 2015

Lisa Matz, Clerk
Fifth Court of Appeals
600 Commerce Street, Suite 200
Dallas, Texas 75202

Re:   **Certification of Compliance with Rule 48.4**
*Russell Starks v. The State of Texas*
Trial Court Case No.        F13-32480-K
Appellate Court Case No.    05-14-00191-CR

Dear Ms. Matz:

Pursuant to Rule 48.4, of the Texas Rules of Appellate Procedure, I certify that a copy of the opinion and judgment in the above styled and numbered cause was sent, certified mail, return receipt requested, to the Appellant at his last known address. I further certify that, along with the opinion and judgment, a letter was included in which the Appellant was advised that I intend to file a Petition for Discretionary Review on his behalf.

Respectfully,

/s/ *Kathleen A. Walsh*
Kathleen A. Walsh
Assistant Public Defender

enclosure: certified mail return receipt
cc: G. Brian Garrison, Assistant District Attorney

---

✎ 133 N. Riverfront Blvd., 9th Floor, LB 2 ✎ Dallas Texas 75207-4313 ✎ Phone: (214) 653-3550 ✎ Fax: (214) 653-3539 ✎

**SENDER: COMPLETE THIS SECTION**

- ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- ■ Print your name and address on the reverse so that we can return the card to you.
- ■ Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X *M Kiefer*  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

*M Kiefer*   5-8-15

1. Article Addressed to:

Russell Starks
TDCJ # 01910931
Allred Unit
2101 FM 369 North
Iowa Park, TX 76367

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
   - ☑ Certified Mail®
   - ☐ Registered
   - ☐ Insured Mail
   - ☐ Priority Mail Express™
   - ☐ Return Receipt for Merchandise
   - ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from service label)

   7013 2250 0002 2038 8629

PS Form 3811, July 2013     Domestic Return Receipt